The Honorable Thomas S. Zilly

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GARY THOMAS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>MENU FOODS, a foreign corporation,<br><br>            Defendant. | No.  CV 07-0688 TSZ<br><br>CERTIFICATE OF SERVICE |

I, Cheryl Lee, say:

I hereby certify that on May 15, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

| | |
|---|---|
| Steve W. Berman<br>Hagens Berman  Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>steve@hbsslaw.com | Michael David Myers<br>Myers & Company<br>1809 Seventh Avenue, Suite 700<br>Seattle, WA  98101<br>mmyers@myers-company.com |

CERTIFICATE OF SERVICE - CV 07-0688 TSZ - 1

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

Dockets.Justia.co

DATED this 15th day of May, 2007, at Seattle, Washington.

                                      _____/s/ Cheryl Lee_____
                                      Cheryl Lee
                                      Legal Assistant to Jeffrey T. Kestle

CERTIFICATE OF SERVICE – CV 07-0688 TSZ - 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318